ALTHEA GILKEY, ESQ.
2980 S. Rainbow Blvd.
Suite 200-L
Las Vegas, NV 89146
Attorney for Plaintiff

GARY C. MOSS, ESQ.
State Bar No. 4340
JOANNA S. KISHNER, ESQ.
State Bar No. 5037
DLA PIPER RUDNICK GRAY CARY, LLP
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109
(702) 737-3433

MARC L. ZAKEN, ESQ.
EDWARDS ANGELL PALMER & DODGE, LLP
301 Tresser Blvd.
Stamford, CT 06901
(203) 353-6819
Attorneys for Defendants

FILED RECEIVED ON
ENTERED SERVED ON RECORD

2005 DEC 30 P 3: 23

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAURA SCHACKEL, )<br><br>Plaintiff, )<br><br>v. )<br><br>MEDCO HEALTH SOLUTIONS OF )<br>LAS VEGAS. INC.; MEDCO HEALTH )<br>SOLUTIONS, INC.; MEDCO HEALTH, )<br>L.L.C., DOES I through X and ROE )<br>CORPORATIONS I through X )<br><br>Defendants. )<br>_____) | Case No. CV-S-04-0345-LRH-LRL |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, with prejudice, and without costs or attorneys' fees to either party.

Dated this 30 day of December, 2005.

THE PLAINTIFF
LAURA SCHACKEL

ALTHEA GILKEY, ESQ.
2980 S. Rainbow Blvd.
Suite 200-L
Las Vegas, NV 89146
Attorney for Plaintiff

THE DEFENDANTS
MEDCO HEALTH SOLUTIONS
OF LAS VEGAS, INC., MEDCO HEALTH
SOLUTIONS, INC., AND MEDCO HEALTH,
L.L.C.,

Marc L. Zaken, Esq.
EDWARDS ANGELL PALMER & DODGE, LLP
301 Tresser Blvd.
Stamford, CT 06901

Gary C. Moss, Esq.
Joanna S. Kishner, Esq.
DLA PIPER RUDNICK GRAY CARY
3960 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109
Attorneys for Defendants

IT IS SO ORDERED.

_____
Judge, U. S. District Court
Dated: January 10, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation of Voluntary Dismissal was mailed via first class mail, postage prepaid to counsel for the Plaintiff, addressed as follows:

ALTHEA GILKEY, ESQ.
2980 S. Rainbow Blvd.
Suite 200-L
Las Vegas, NV 89146
Attorney for Plaintiff

this 20 day of December, 2005.

Joanna Kishner, Esq.